### A. L. TREESE v. STATE.

No. A-3037.   Opinion Filed June 17, 1919.

(180 Pac. 190.)

Appeal from District Court, Payne County; John P. Hickam, Judge.

A. L. Treese was convicted of a felony, and appeals.   Reversed.

Walter Mathews, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.   Plaintiff in error, A. L. Treese, was convicted of a violation of section 4, c. 26, Session Laws 1913.   From the judgment rendered on the verdict an appeal was duly perfected by filing in this court on September 4, 1918, a petition in error with case-made.

In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, the statute upon which the prosecution in this case was based was held unconstitutional and void.   For the reasons stated in the opinion in the Proctor Case, the judgment herein is reversed.

---

### BEN HUMES v. STATE.

No. A-3320.   Opinion Filed June 17, 1919.

(180 Pac. 193.)

Appeal from County Court, Garfield County; E. L. Swigert, Judge.

Ben Humes was convicted of vagrancy and he appeals. Appeal dismissed, on motion of counsel for plaintiff in error, and cause remanded.

L. C. McLean, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Ben Humes, was convicted on a charge of vagrancy, and in pursuance of the verdict he was sentenced to be confined in the county jail for 15 days and to pay a fine of $25. From the judgment he appealed, by filing in this court on April 18, 1918, a petition in error with case-made.

His counsel of record has filed a motion to dismiss the appeal, which motion is sustained, the appeal dismissed, and the cause remanded to the trial court.